## Walter PHIPPS v. STATE.
### No. 13843.

Court of Criminal Appeals of Texas.
Dec. 17, 1930.

B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The appellant was convicted of being a delinquent child, and his punishment assessed at confinement in the State Juvenile Training School for a period not to exceed 2½ years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.